**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7190**

———————

UNITED STATES OF AMERICA,

                     Plaintiff - Appellee,

    versus

LUIS ENSUNCHO,

                     Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-91-51-A, CA-97-826-AM)

———————

Submitted: December 11, 1997    Decided: December 31, 1997

———————

Before HALL and WILLIAMS, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Luis Ensuncho, Appellant Pro Se. John Patrick Rowley, III, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Ensuncho, Nos. CR-91-51-A; CA-97-826-AM (E.D. Va. June 9, 1997). We also deny Appellant's motion to prevent his transfer to another facility. Inmates have no liberty interest in placement in a particular prison and prison officials have broad discretion in determining at which facility to house an inmate. See Cochran v. Morris, 73 F.3d 1310, 1318 (4th Cir. 1996) (citing Meachum v. Fano, 427 U.S. 215, 224 (1976)). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED